New Rochelle Water Company, Respondent, v. Charles H. Pond, Appellant.—Judgment affirmed, with costs. No opinion. (See *Pond* v. *New Rochelle Water Co.*, 143 App. Div. 69, the reasoning in which we adopt as the basis of our decision.) Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Mary Regan, Relator, v. Joseph P. Hennessy and Others, Composing the Board of Assessors of the City of New York, and Others, Respondents.*—Writ of certiorari dismissed, with fifty dollars costs and disbursements, upon the ground that the grade had not been established in Twentieth street, between Tenth avenue and Vanderbilt street, by lawful authority, at the time the relator's house was built, and that the property has not been improved in conformity with any established grade. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. J. Benedict Roache, Respondent, v. Harry A. Hanbury, Appellant.—The judgment debtor Flynn's relation to the check drawn by the Hamilton Trust Company, which appellant indorsed, and to the other persons referred to in the supplementary proceedings, involves a wide field of testimony. An examination of those parts of this testimony designated by the Special Term as to be included in the appeal record shows no sufficient grounds to change the order below. This court cannot act on the mere assertion that they are not material without having any detailed grounds of that objection stated. The order of February twenty-first is, therefore, affirmed, with ten dollars costs and disbursements. Burr, Carr, Rich, Stapleton and Putnam, JJ., concurred.

Mary Jane Ruhling, as Administratrix, etc., of Adolph Ruhling, Deceased, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

---

## FIRST DEPARTMENT, MAY, 1914.

THE AMERICAN-PROTECTIVE TARIFF LEAGUE, Appellant, v. OHIO C. BARBER, Respondent.

Appeal from an order of the Supreme Court, made at Special Term and entered in the New York county clerk's office on the 23d day of March, 1914, directing the plaintiff to serve a reply to the first defense and the third partial defense in amended answer.

PER CURIAM: The order should be modified by inserting a provision that the service of the reply shall not affect the date of issue or the posi-

---

* See Greater N. Y. Charter (Laws of 1901, chap. 466), § 951; since amd. by Laws of 1912, chap. 483.—[REP.

tion of the cause on the calendar, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to respondent. Order to be settled on notice.